UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARMELITA ALEXIS, et al.,

    Plaintiffs,

    v.

CORINTHIAN COLLEGES, INC.,

    Defendant.

_____/

No. C 13-5446 PJH

**ORDER GRANTING MOTION TO DISMISS**

Defendant's motion to dismiss came on for hearing before this court on April 2, 2014. Plaintiffs Carmelita Alexis, Darice Nichols, Edith Lopez, and Tracy Davis ("plaintiffs") appeared through their counsel, Tammy Hussin. Defendant Corinthian Colleges, Inc. ("defendant") appeared through its counsel, Tomio Narita and Liana Mayilyan. Having read the papers filed in conjunction with the motion and carefully considered the arguments and relevant legal authority, and good cause appearing, the court hereby GRANTS defendant's motion to dismiss, with leave to amend, for the reasons stated at the hearing.

Plaintiffs shall have until **April 30, 2014** to file a second amended complaint ("SAC"), which shall include specific allegations regarding each element of a Telephone Consumer Protection Act claim, as articulated by the Ninth Circuit in Meyer v. Portfolio Recovery Associates LLC, 707 F.3d 1036, 1043 (9th Cir. 2012). Plaintiffs shall also include their telephone numbers in the SAC, though as discussed at the hearing, plaintiffs shall be permitted to redact their phone numbers from the publicly-filed version of the SAC, and may file the unredacted complaint under seal. Finally, plaintiffs shall include specific allegations regarding the injuries that they suffered as part of their claim under Cal. Bus. & Prof. Code § 17200.

No new claims or parties may be added to the SAC without leave of court or the consent of all parties.  Defendant shall have until **May 21, 2014** to answer or otherwise respond to the SAC.

**IT IS SO ORDERED.**

Dated: April 2, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge