UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA ALEXIS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>　　　　　Defendant. | Case No.　13-cv-05446-VC<br><br>**ORDER** |

　　　The parties are directed to file, by **May 29, 2014**, a joint proposed scheduling order that ensures this case is trial-ready no later than March 2015.

　　　**IT IS SO ORDERED.**

Dated: May 15, 2014

_____
VINCE CHHABRIA
United States District Judge