# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA ALEXIS, DARICE NICHOLS, EDITH LOPEZ AND TRACY DAVIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CORINTHIAN COLLEGES, INC. d/b/a EVEREST COLLEGE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-05446-VC<br><br>[Proposed] ORDER ON STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>*Date:* July 10, 2014<br>*Time:* 1:30 P.M.<br>*Dept:* Courtroom 4<br>*Judge:* Hon. Vince Chhabria<br><br>*Trial Date:* None Set<br><br>Complaint Filed: November 25, 2013 |

Based on the Stipulation of counsel, the deadline to file Plaintiffs' Response to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint is hereby extended to June 13, 2014 and the deadline for Reply is extended to June 23, 2014.

Date: June 5, 2014                              _____

Honorable Vince Chhabria

Judge, United States District Court
Northern District of California

*Alexis, et. al. vs. Corinthian Colleges*
USDC Case No.: 3:13-cv-05446-VC

[Proposed] ORDER ON STIPULATION
TO EXTEND TIME