1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  LIANA MAYILYAN (SBN 295203)
   lmayilyan@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625

6  Yaniv Adar (FL SBN 63804) (Pro Hac Vice)
   yadar@homerbonner.com
7  HOMER BONNER JACOBS
   1441 Brickell Avenue
8  Miami, FL 33131
   Telephone: (305) 350-5100
9  Facsimile:  (305) 372-2738

10 Attorneys for Defendant
   Corinthian Colleges, Inc. d/b/a
11 Everest College

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA ALEXIS, DARICE NICHOLS and EDITH LOPEZ, | CASE NO. 3:13-cv-05446-VC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| vs. | AS MODIFIED |
| CORINTHIAN COLLEGES, INC. d/b/a EVEREST COLLEGE; and DOES 1-10, inclusive, | Current Hearing Date: July 10, 2014 |
| | New Hearing Date: August 7, 2014 |
| Defendants. | |

1  Plaintiffs Carmelita Alexis, Darice Nichols, Edith Lopez and Tracy Davis
2  ("Plaintiffs") and Defendant Corinthian College, Inc. d/b/a Everest College ("the
3  School") (collectively, the "Parties"), by and through their respective counsel, hereby
4  stipulate as follows:
5  WHEREAS the School filed a Motion to Dismiss the Second Amended
6  Complaint on May 21, 2014 noticing a hearing for the afternoon of July 10, 2014 at
7  1:30 p.m. (Doc. No. 42);
8  WHEREAS, on June 11, 2014, the Court sent a notice advancing the hearing
9  date to the morning of July 10, 2014 at 10:00 a.m. (Doc. No. 49);
10 WHEREAS the lead counsel for the School has preexisting business travel
11 plans to Arizona, and was planning to return in time for the afternoon hearing on July
12 10, 2014, but counsel cannot make it back from Arizona in time for the hearing at
13 10:00 a.m.;
14 WHEREAS counsel for the School has been advised that the Court does not
15 allow for telephonic appearances of counsel who will argue motions;
16 THEREFORE the Parties, by and through their counsel, hereby stipulate and
17 agree to request that the hearing on the School's Motion to Dismiss the Second
18 Amended Complaint, presently set for July 10, 2014 at 10:00 a.m., be continued to
19 ~~August 7, 2014~~.  July 10, 2014, at 1:30 p.m.

21 IT IS SO STIPULATED.

23
24 DATED: July 1, 2014                SIMMONDS & NARITA LLP
                                       TOMIO B. NARITA
25                                     LIANA MAYILYAN

26                                     By:  s/Liana Mayilyan
27                                          Liana Mayilyan
                                            Attorneys for Defendant
28                                          Corinthian Colleges, Inc. d/b/a
                                            Everest College

1  DATED: July 1, 2014                    HUSSIN LAW FIRM
                                          TAMMY HUSSIN
2

3                                         By: s/ Tammy Hussin
                                              Tammy Hussin
4                                             Attorney for Plaintiffs, Carmelita
                                              Alexis, Daris Nichols, Edith Lopez and
5                                             Tracy Davis

6

7  PURSUANT TO STIPULATION, IT IS SO ORDERED

8

9
   DATED: July 2, 2014
10

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Stamp: "IT IS SO ORDERED AS MODIFIED" signed Judge Vince Chhabria]*