TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
LIANA MAYILYAN (SBN 295203)
lmayilyan@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625

Yaniv Adar (FL SBN 63804) (*Pro Hac Vice*)
yadar@homerbonner.com
HOMER BONNER JACOBS
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 350-5100
Facsimile:  (305) 372-2738

Attorneys for Defendant
Corinthian Colleges, Inc. d/b/a
Everest College

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA ALEXIS, DARICE NICHOLS and EDITH LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CORINTHIAN COLLEGES, INC. d/b/a EVEREST COLLEGE; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.  3:13-cv-05446-VC<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiffs CARMELITA ALEXIS, DARICE NICHOLS, EDITH LOPEZ and TRACY DAVIS ("Plaintiffs"), have settled their case with Defendant CORINTHIAN COLLEGES, INC. d/b/a EVEREST COLLEGE.  The parties are in the process of finalizing the settlement agreement and anticipate filing a joint request for dismissal, with prejudice, within sixty (60) days.

DATED: October 17, 2014        SIMMONDS & NARITA LLP
                               TOMIO B. NARITA
                               LIANA MAYILYAN


                               By:   s/Liana Mayilyan
                                     Liana Mayilyan
                                     Attorneys for Defendant
                                     Corinthian Colleges, Inc. d/b/a
                                     Everest College


DATED: October 17, 2014        HOMER BONNER JACOBS
                               YANIV ADAR


                               By:   s/Yaniv Adar
                                     Yaniv Adar (*Pro Hac Vice*)
                                     Attorneys for Defendant
                                     Corinthian Colleges, Inc. d/b/a
                                     Everest College